AO 440 (Rev. 06/12) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, DEMAND**
EFFECTED (1) BY ME: **MARIAN ZWIERZYNSKI**
TITLE: **PROCESS SERVER**

DATE: **2/1/2024 11:08:21 AM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TOWNSHIP OF PISCATAWAY

Place where served:

455 HOES LANE   PISCATAWAY  NJ  08854

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MELLISA SEADER

Relationship to defendant   **CLERK**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.____    SERVICES $ _____.____    TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Served Data:
Subscribed and Sworn to me this

1st day of February, 2024

Notary Signature_____

Rosemary Ramos         September 25th, 2028
Name of Notary         My Commission Expires

I, MARIAN ZWIERZYNSKI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   02/01/2024
Signature of Process Server           Date

ATTORNEY:    PATRICK P. TOSCANO, JR., ESQ.
PLAINTIFF:   ANGEL ALVARADO
DEFENDANT:   PISCATAWAY TOWNSHIP, ET AL
VENUE:       DISTRICT
DOCKET:      2 24 CV 00520 EP CLW
COMMENT: