AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **SUMMONS AND COMPLAINT, DEMAND**
EFFECTED (1) BY ME: **MARIAN ZWIERZYNSKI**
TITLE: **PROCESS SERVER**

DATE: **2/1/2024 11:12:58 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TOWNSHIP OF PISCATAWAY P.D

Place where served:

555 SIDNEY ROAD   PISCATAWAY  NJ  08854

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

C.C.CERA #1102

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

1st day of February, 2024

Notary Signature _____

Rosemary Ramos                September 25th, 2028
Name of Notary                My Commission Expires

I, MARIAN ZWIERZYNSKI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   02/01/2024
Signature of Process Server      Date

ATTORNEY:   PATRICK P. TOSCANO, JR., ESQ.
PLAINTIFF:   ANGEL ALVARADO
DEFENDANT:   PISCATAWAY TOWNSHIP, ET AL
VENUE:   DISTRICT
DOCKET:   2 24 CV 00520 EP CLW
COMMENT: