John F. Gillick, Esq. – (#017302001)
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Highway 1 South, Suite 440
Iselin, New Jersey 08830
Phone: 732-709-4182
Fax: 732-791-1555
*Attorneys for Defendant Piscataway Police Officer Dominick Forlenza*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL ALVARADO,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFFICER DOMONICK FORLENZA,<br><br>　　　　　　Defendants. | Civil Action No.:2:24-cv-00520-<br><br>**NOTICE OF APPEARANCE**<br><br>*(Document Electronically Filed)* |

**TO:**　THE CLERK OF THIS COURT AND ALL COUNSEL OF RECORD

　　**PLEASE TAKE NOTICE** that John F. Gillick, Esq. of Rainone Coughlin Minchello, LLC, is admitted and otherwise authorized to practice in this Court, and hereby enters an appearance on behalf of Defendant, Piscataway Police Officer Dominick Forlenza, and respectfully requests that copies of all papers in this action be served upon the undersigned.

　　　　　　　　　　　　　　　　　　　　　**RAINONE COUGHLIN MINCHELLO, LLC**

　　　　　　　　　　　　　　　　　　　BY:　_____
　　　　　　　　　　　　　　　　　　　　　　John F. Gillick, Esq.

Dated: February 21, 2024