**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGEL ALVARADO, | |
| Plaintiff, | **REQUEST FOR CERTIFICATE OF DEFAULT** |
| v. | Case No.: 2:24-cv-00520 |
| PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFICER DOMINICK FORLENZA, | |
| Defendants. | |

To:    Court Clerk
       United States District Court, District of New Jersey
       Martin Luther King Building & U.S. Courthouse
       50 Walnut Street
       Newark, New Jersey 07102

Please enter the default of Defendants, Piscataway Township, the Piscataway Police Department, and Piscataway Police Officer Dominick Forlenza, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for a failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Matthew J. Toscano, Esq.

Dated: March 18, 2024                    Respectfully Submitted,

                                         **THE TOSCANO LAW FIRM, LLC**
                                         80 Bloomfield Avenue, Suite 101
                                         Caldwell, New Jersey 07006
                                         Phone: (973) 226-1691
                                         Facsimile: (973) 226-1693
                                         *Attorneys for Plaintiff,*
                                         *Angel Alvarado*
                                         By:    */s/ Matthew J. Toscano*
                                                Matthew J. Toscano
                                                N.J. Bar No. 305642019
                                                mtoscano@pptlawfirm.com

1