UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL ALVARADO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFICER DOMINICK FORLENZA,<br><br>　　　　　　　　　　Defendants. | **CERTIFICATION OF MATTHEW J. TOSCANO, ESQ., IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**<br><br>Case No.: 2:24-cv-00520 |

**MATTHEW J. TOSCANO, ESQ.**, of full age, certifies as follows:

1.　I am an attorney at law licensed to practice in United States District Court for the District of New Jersey and a Partner with The Toscano Law Firm, LLC, counsel for Plaintiff Angel Alvarado (the "Plaintiff"), in connection with the above-captioned matter. As such, I have personal knowledge regarding this case and am fully familiar with the facts stated herein.

2.　I make this Certification in furtherance of Plaintiff's Request for Certificate of Default.

3.　On January 29, 2024, Plaintiff's Complaint was filed with the Court. (ECF No. 1).

4.　On February 1, 2024, Plaintiff effectuated service upon Defendant Piscataway Township. Plaintiff filed proof of service with the Court on February 8, 2024. (ECF No. 3).

5.　On February 1, 2024, Plaintiff effectuated service upon Defendant Piscataway Police Department. Plaintiff filed proof of service with the Court on February 8, 2024. (ECF No. 4).

1

6. On February 1, 2024, Plaintiff effectuated service upon Defendant Piscataway Police Officer Dominick Forlenza. Plaintiff filed proof of service with the Court on February 8, 2024. (ECF No. 5).

7. On February 21, 2024, John F. Gillick, Esq., filed a Notice of Appearance on behalf of Defendant Piscataway Police Officer Dominick Forlenza. (ECF No. 6).

8. Plaintiff has not been notified who, if anyone, will be representing Defendant Piscataway Township.

9. Plaintiff has not been notified who, if anyone, will be representing Defendant Piscataway Police Department.

10. Plaintiff has yet to have any communication with any defendant.

11. The time within which Defendant Piscataway Township may answer or otherwise respond to Plaintiff's Complaint expired on February 22, 2024. (See ECF No. 3).

12. The time within which Defendant Piscataway Police Department may answer or otherwise respond to Plaintiff's Complaint expired on February 22, 2024. (See ECF No. 4).

13. The time within which Defendant Piscataway Police Officer Dominick Forlenza may answer or otherwise respond to Plaintiff's Complaint expired on February 22, 2024. (See ECF No. 5).

14. As of this date, none of the Defendants have answered or otherwise responded to Plaintiff's Complaint.

15. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I will be subject to punishment.

Dated: March 18, 2024          Respectfully Submitted,

                                             **THE TOSCANO LAW FIRM, LLC**
80 Bloomfield Avenue, Suite 101
Caldwell, New Jersey 07006
Phone: (973) 226-1691
Facsimile: (973) 226-1693
*Attorneys for Plaintiff,*
*Angel Alvarado*

By:    */s/ Matthew J. Toscano*
        Matthew J. Toscano
        N.J. Bar No. 305642019
        mtoscano@pptlawfirm.com

3