**HOAGLAND LONGO MORAN, DUNST & DOUKAS, LLP**
ATTORNEYS at LAW

40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08901
Tel: (732) 545-4717  Fax: (732) 545-4579
www.hoaglandlongo.com

Marc D. Mory
Of Counsel
mmory@hoaglandlongo.com

May 30, 2024

The Honorable Cathy L. Waldor
United States District Court - Newark
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re:** **Alvarado, Angel v. Township of Piscataway, and Piscataway Police Dept.**
      Docket No.: 2:24-cv-00520-EP-CLW

Dear Judge Waldor:

  This office represents the defendants Township of Piscataway and the Township of Piscataway Police Department (collectively the "Township") in the above-referenced matter. Co-Defendant, Dominick Forlenza is represented by John F. Gillick, Esq. of Rainone Coughlin Minchello, LLC. On behalf of *all* Defendants, and with the consent of Plaintiff's counsel, we respectfully request an Order vacating the default entered against the Defendants and request an extension of time for them to file to Answer the Complaint. Please be advised that defense counsel will be filing a separate Motion in State Court seeking to vacate the expungement of records which are related to the subject matter of this litigation. In light of same, Defendants respectfully request thirty (30) days from the date of the Court's Order in order to file their respective Answers to the Complaint.

  Thank you for your attention to this matter.

                 Respectfully submitted,

                 ***s/Marc D. Mory***

                 MARC D. MORY

MAMO:pw
cc: Patrick P. Toscano, Jr., Esq. @ The Toscano Law Firm, LLC
   John F. Gillick, Esq. @ Rainone Coughlin Minchello, LLC

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, PO Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendants, Township of Piscataway and The Piscataway Police Department

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>ANGEL ALVARADO<br><br>    vs.<br><br>Defendants,<br><br>PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFICER DOMINICK FORLENZA | Honorable Everlyn J. Padin<br><br>CIVIL ACTION NO. 2:24-cv-00520-EP-CLW<br><br>**NOTICE OF APPEARANCE**<br><br>**<u>ELECTRONICALLY FILED</u>** |

    Please take Notice that Marc D. Mory, Esq. of Hoagland, Longo, Moran, Dunst & Doukas, LLP, 40 Paterson Street, P.O. Box 480, New Brunswick, New Jersey 08903, hereby enters an appearance on behalf of Defendants, Township of Piscataway and The Piscataway Police Department.

                                        HOAGLAND, LONGO, MORAN,
                                            DUNST & DOUKAS, LLP
                                        Attorneys for Defendants,
                                        Township of Piscataway and The
                                        Piscataway Police Department

                                        *s/Marc D. Mory*
                        By: _____
                            MARC D. MORY

Dated: May 30, 2024