

Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Ronald H. Gordon
Carol A. Berlen
John F. Gillick
Brian P. Trelease*
Claudia Marchese
Matthew R. Tavares*
Sapana Shah*∆
Michael R. Burns ✦
Christopher D. Zingaro
John P. Harrington

Edward P. Ruane
Thomas Schoendorf
Frank J. Dyevoich*
Lonnie J. Hinton, Jr.,
Harlynne A. Lack*
Aaron L. Rainone
Michael M. Wuest
Scott A. Aitken, Jr.
Allan Zhang*

*  Also admitted in New York
∆ Also admitted in DC
✦ Also admitted in Pennsylvania

@NJRCMLAW.com

July 23, 2024

**<u>Via Pacer</u>**
Honorable Cathy L. Waldor
United States District Court
Martin Luther King Jr.
50 Walnut Stret, room 4040, Courtroom 4C
Newark, NJ 07101

**Re:   Angel Alvardo v. Piscataway Township, et al.**
           **Civil Action No.: 2:24-cv-00520**

Dear Judge Waldor:

     Please be advised that the undersigned is representing the interests of Defendant Detective Forlenza in regard to the above and am in receipt of the Court's notice scheduling a Rule 16 conference for the afternoon of August 15, 2024. As I will be on a pre-paid vacation that week, it is humbly requested that Your Honor kindly grant a brief adjournment.

Your kindness and understanding in this regard would be greatly appreciated.

Should there be any questions or concerns, please do not hesitate to contact me at Your convenience.

347177v1

555 U.S. Highway One South
Suite 440
Iselin, New Jersey 08830

Tel: (732)709-4182
Fax: (732) 791-1555
www.njrcmlaw.com

RAINONE COUGHLIN MINCHELLO<br>July 23, 2024<br>Page **2**

        Respectfully,
        **RAINONE COUGHLIN MINCHELLO, LLC**

        By: _____
              John F. Gillick, Esq.

cc:     All Counsel of Record (via Pacer)