HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendants, Township of Piscataway and The Piscataway Police Department

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>ANGEL ALVARADO<br><br>vs.<br><br>Defendants,<br><br>PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFICER DOMINICK FORLENZA | Honorable Evelyn Padin, U.S.D.J.<br><br>CIVIL ACTION NO. 2:24-cv-00520-EP-CLW<br><br>**CONSENT ORDER TO COMPEL PRODUCTION OF BACKGROUND INVESTIGATION OF PLAINTIFF** |

     Application having been made by Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for Defendants, Piscataway Township and the Piscataway Police Department, for an Order compelling the production of the Juvenile Justice Commission's Background Investigation on the Plaintiff, and Patrick P. Toscano, Jr., Esq., attorney for Plaintiff, and John F. Gillick, Esq., attorney for Defendant, Officer Dominick Forlenza, having consented thereto, and for good cause shown;

     It is on this _____ day of _____, 2025

     ORDERED that the Juvenile Justice Commission must produce the background investigation of the Plaintiff within ten (10) days.

 

_____
HON. CATHY M. WALDOR, U.S.M.J.

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

I hereby consent to the form
and entry of the within Order.

*Patrick P. Toscano, Jr.*
_____
Patrick P. Toscano, Jr., Esq.
Attorney for Plaintiff, Angel Alvarado

I hereby consent to the form
and entry of the within Order.

*Brian McFadden*
_____
Brian McFadden
Attorney for Defendants, Piscataway Township and Piscataway Police Department

I hereby consent to the form
and entry of the within Order.

_____
John F. Gillick, Esq.
Attorney for Defendant, Officer Dominick Forlenza

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701