Donna J. Dorgan, Esq. (ID# 013451994)
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Highway One South, Suite 440
Iselin, New Jersey 08830
Tel.: 732-709-4182
Fax: 732-791-1555
*Attorneys for Defendant, Piscataway Police Officer Dominick Forlenza*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGEL ALVARADO,<br><br>                 Plaintiff,<br><br>v.<br><br>PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFFICER DOMONICK FORLENZA,<br><br>                 Defendants. | Civil Action No: 2:24-CV-00520<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>*(Document Electronically Filed)* |

The undersigned hereby consents to the substitution of Donna J. Dorgan, Esq., of the law firm Rainone Coughlin Minchello, LLC, as counsel for Defendant, Piscataway Police Officer Dominick Forlenza, in the above-captioned matter.

| | |
|---|---|
| **RAINONE COUGHLIN MINCHELLO, LLC** | **RAINONE COUGHLIN MINCHELLO, LLC** |
| _____<br>Alexander M. Avellan, Esq.<br>Withdrawing Attorney<br>**Attorney ID: 233322018** | */s/ Donna J. Dorgan*<br>Donna J. Dorgan, Esq.<br>Superseding Attorney<br>**Attorney ID: 013451994** |
| Dated: July 22, 2025 | Dated: July 22, 2025 |

415772v1