

PATRICK P. TOSCANO, JR. ◊●†
ptoscano@pptlawfirm.com

MATTHEW J. TOSCANO ◊
mtoscano@pptlawfirm.com

◊ N.J. BAR ● N.Y. BAR † D.C. BAR

*Of Counsel*:
MICHAEL A. PETROLLE ◊
Superior Court Judge, Retired
mpetrolle@pptlawfirm.com

ANTHONY R. MAUTONE (1943-2021)
FRANK P. MINICHINO (1943-1996)

September 5, 2025

**VIA ECF:**

Honorable Cathy L. Waldor, U.S.M.J.
U. S. District Court
Courthouse Bldg.
50 Walnut Street
Newark, NJ  07102

    **RE:**    **Angel Alvarado v. Piscataway, et al**
             Civil Action No.: 2:24-cv-00520-EP-CLW

Dear Magistrate Waldor:

As you are aware, our law firm represents the plaintiff in the above matter.

Pursuant to your latest Order, and by way of status update, we herein inform you that an initial mediation session has recently been scheduled, and is now confirmed to take place, on November 12, 2025 before Daniel Mecca, J.S.C. (retired).

If you have any further questions, please feel free to contact the undersigned at your convenience.

Very truly yours,

*s/ Patrick P. Toscano, Jr.*

Patrick P. Toscano, Jr.

PPT/njt

c:    Donna Dorgan, Esq. (via ECF)

www.pptlawfirm.com

Airport Executive Center
155 Passaic Avenue, Suite 420
Fairfield, New Jersey 07004

P: (973) 226-1691
F: (973) 226-1693