


Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Ronald H. Gordon
Carol A. Berlen
Brian P. Trelease*
Matthew R. Tavares*
Michael R. Burns ✦
Christopher D. Zingaro
John P. Harrington
Harlynne A. Lack*

Marguerite Schaffer
    Of Counsel

Frank J. Dyevoich*
Lonnie J. Hinton, Jr.,
Aaron L. Rainone
Michael M. Wuest*
Scott A. Aitken, Jr.
Alexander M. Avellan
Sarah Fitzpatrick
Raymond Stine
Xiaosong "Larry" Li
Douglas Angoff

\* Also admitted in New York
Δ Also admitted in DC
✦ Also admitted in Pennsylvania

ddorgan@NJRCMLAW.com

555 US Highway One South, Suite 440
Iselin, New Jersey 08830
732-709-4182 (P)
732-791-1555 (F)

150 Morristown Road, Suite 105
Bernardsville, NJ 07924
908-953-9300 (P)
908-953-2969 (F)

**Please Respond to Iselin Office**

November 20, 2025

<u>**Via ECF**</u>
Honorable Cari Fais, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

        **RE:**   <u>**Angel Alvarado v. Piscataway, et al.**</u>**,**
              **Action No. 2:24-cv-00520-EP-CLW**
              **Mediation Date – November 12, 2025 – Update to Court**

Dear Judge Fais:

      This firm represents the Defendant, Piscataway Police Officer Dominick Forlenza, in the above captioned matter. The parties met with the Honorable Daniel Mecca, J.S.C. (Ret.) for mediation on November 12, 2025. However, the matter was not resolved. The parties will have to proceed with discovery. However, the parties are not in agreement over the scope of discovery and request a conference with the Court.

      By way of background, Plaintiff, Angel Alvarado, through his attorney, Patrick Toscano, Jr., filed a two-count Complaint against the Township of Piscataway, the Piscataway Police Department, and Police Officer Forlenza in the District Court of New Jersey. A shoplifting event occurred on October 29, 2022, at the Piscataway Shop-Rite involving 96 pieces of fried chicken. Detective Forlenza charged Plaintiff with shoplifting by mailing a summons to Plaintiff's home. Plaintiff was never arrested. The case was scheduled for trial on November 30, 2023. At that point, the Municipal Prosecutor advised that the State would not be able to prove the case beyond a reasonable doubt and offered to dismiss the case. Plaintiff's counsel requested a probable cause hearing. The municipal judge held a probable cause hearing and found no probable cause. The case against Plaintiff was dismissed.

The lawsuit claims that the Defendants are liable to Plaintiff by virtue of 42 U.S.C. §1983 and §1988 for violations of Plaintiffs rights guaranteed under the 4th and 14th amendments to the U.S. Constitution. One Count is against Officer Forlenza and the other Count is against the municipality and police department. There are no state law-based claims. Brian McFadden, Esq. of Hoagland Longo represents the Township of Piscataway and the Piscataway Police Department.

The parties disagree over the number of depositions that may be taken. At this juncture, Plaintiff's counsel is demanding 12 depositions, including every elected official in Piscataway. Defendants will not agree to the deposition of all elected officials.

Since Plaintiff is claiming psychological damages, this Defendant would like Plaintiff to identify medical and mental health providers and sign HIPAA releases prior to his deposition. Since this Defendant had only propounded twenty-two interrogatories, three additional interrogatories were propounded on Plaintiff regarding his medical treatment, pharmacies and hospitalizations. Defendant would like to have Plaintiff undergo an independent medical examination. Plaintiff argues that Defendant can ask Plaintiff about his medical providers at his deposition and then request records after the deposition.

After completion of depositions and the examination, the parties will need time to produce expert reports and file dispositive motions.

Plaintiff's counsel objected to this letter as he did not want any facts included in the letter - as facts are irrelevant. Thank you for your assistance with this matter.

Respectfully submitted,

**RAINONE COUGHLIN MINCHELLO, LLC**

By: _____
Donna J. Dorgan, Esq.

DJD

cc: Brian McFadden, Esq. by ECF
     Patrick Toscano, Esq., by ECF

436508v1