## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Newark, NJ

ANGEL ALVARADO

                              Plaintiff,

v.                                                          Case No.: 2:24−cv−00520−EP−CF

                                                            Judge Evelyn Padin

TOWNSHIP OF PISCATAWAY, et al.

                              Defendant.

## 60 DAY ORDER ADMINISTRATIVELY TERMINATING ACTION

      It having been reported to the Court that the above−captioned action has been settled,

      **IT IS** on this 22nd day of December, 2025,

      **ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

      **ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

      **ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

      **ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60−day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                              /s/ Evelyn Padin
                              _____
                              EVELYN PADIN United States District Judge