Nicole M. Grzeskowiak, Esq. (ID# 022122011)
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendants, Township of Piscataway and The Piscataway Police Department

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK, NEW JERSEY**

| | |
|---|---|
| Plaintiff,<br><br>ANGEL ALVARADO<br><br>vs.<br><br>Defendants,<br><br>PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFICER DOMINICK FORLENZA | SUPERIOR COURT OF NEW JERSEY<br>ESSEX COUNTY<br>LAW DIVISION<br><br>DOCKET NO. 2:24-cv-00520-EP-CLW<br><br>CIVIL ACTION<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Nicole M. Grzeskowiak, Esq. of Hoagland, Longo, Moran, Dunst & Doukas, LLP, as attorneys for Defendants, Township of Piscataway and the Piscataway Police Department in the above entitled cause.

SUPERSEDING ATTORNEYS

*Nicole M. Grzeskowiak*

NICOLE M. GRZESKOWIAK, ESQ.
ID #022122011
Hoagland, Longo, Moran, Dunst & Doukas, LLP

WITHDRAWING ATTORNEYS

*Brian McFadden*

BRIAN MCFADDEN, ESQ.
ID #000622007
Hoagland, Longo, Moran, Dunst & Doukas, LLP

Dated: December 31, 2025

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701