IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL ALVARADO,<br><br>                Plaintiff,<br><br>v.<br><br>PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFICER DOMINICK FORLENZA,<br><br>                Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Angel Alvarado, hereby dismisses by way of this Stipulation any and all claims raised by him or his attorneys against Defendants Piscataway Township, Piscataway Police Department and Piscataway Police Officer, Dominick Forlenza, as the matter has amicably been settled in its entirety, said claims being dismissed with prejudice and without costs or attorney's fees against any party.

THE TOSCANO LAW FIRM, LLC          RAINONE COUGHLIN MINCHELLO, LLC

By:  *s/ Patrick P. Toscano, Jr.*             By: _____
     PATRICK P. TOSCANO., ESQ.                    DONNA J. DORGAN ESQ.
     Attorneys for Plaintiff                            Attorneys for Defendant Dominick Forlenza

Dated: 01/05/2026                                     Dated: 01/05/2026

HOAGLAND LONGO

By: _____
     NICOLE MARIE GRZESKOWIAK, ESQ.
     Attorneys for Piscataway Township and
     Piscataway Police Department
Dated: 1/6/26