IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL ALVARADO,<br><br>                               Plaintiff,<br><br>v.<br><br>PISCATAWAY TOWNSHIP, THE PISCATAWAY POLICE DEPARTMENT and PISCATAWAY POLICE OFFICER DOMINICK FORLENZA,<br><br>                               Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Plaintiff, Angel Alvarado, hereby dismisses by way of this Stipulation any and all claims raised by him or his attorneys against Defendants Piscataway Township, Piscataway Police Department and Piscataway Police Officer, Dominick Forlenza, as the matter has amicably been settled in its entirety, said claims being dismissed with prejudice and without costs or attorney's fees against any party.

| | |
|---|---|
| THE TOSCANO LAW FIRM, LLC | RAINONE COUGHLIN MINCHELLO, LLC |
| By: _s/ Patrick P. Toscano, Jr._<br>     PATRICK P. TOSCANO., ESQ.<br>     Attorneys for Plaintiff | By: _[signature]_<br>     DONNA J. DORGAN ESQ.<br>     Attorneys for Defendant Dominick Forlenza |
| Dated: 01/05/2026 | Dated: 01/05/2026 |
| HOAGLAND LONGO<br>By: _[signature]_<br>     NICOLE MARIE GRZESKOWIAK, ESQ.<br>     Attorneys for Piscataway Township and<br>     Piscataway Police Department<br>Dated: 1/6/26 | SO ORDERED<br><br>   _s/Evelyn Padin_<br>   Evelyn Padin, U.S.D.J.<br><br>Date: 1/7/2026 |